People ex rel. Chorny v Toulon (2024 NY Slip Op 02493)

People ex rel. Chorny v Toulon

2024 NY Slip Op 02493

Decided on May 6, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
PAUL WOOTEN
DEBORAH A. DOWLING
LAURENCE L. LOVE, JJ.

2024-03124

[*1]The People of the State of New York, ex rel. Samantha Chorny, on behalf of Aamiya Williams, petitioner,
v
Errol D. Toulon, Jr., etc., et al., respondents.

Raymond A. Tierney, District Attorney, Riverhead, NY (Jamie H. Greenwood and Glenn Green of counsel), for respondents.
SMC Law Firm PLLC, New York, NY (Samantha Chorny pro se of counsel), for petitioner.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Aamiya Williams upon her own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 73704/2022.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The County Court, Suffolk County, did not abuse its discretion in remanding the principal, Aamiya Williams, pursuant to CPL 530.60(1) for good cause shown (see People ex rel. Rankin v Brann , ___NY3d___, 2024 NY Slip Op 00850; People v Dannhauser , ___AD3d___, 2024 NY Slip Op 02151 [1st Dept]).
CONNOLLY, J.P., WOOTEN, DOWLING and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court